**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| DUSTIN L. BOGGS, | : | |
| Plaintiff, | : | |
| | | Case No.  3:11cv00122 |
| vs. | : | |
| | | District Judge Thomas M. Rose |
| MIAMI COUNTY JAIL, | : | Magistrate Judge Sharon L. Ovington |
| Defendant. | : | |

**DECISION AND ENTRY**

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #10), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations docketed on August 9, 2011 (Doc. #10) is ADOPTED in full;

2. Defendant's Motion to Dismiss (Doc. #8) is GRANTED; and

3. The case is terminated on the docket of this Court.

August 29, 2011                                       *s/THOMAS M. ROSE*

                                                                Thomas M. Rose
                                                                United States District Judge